# United States District Court

_____ EASTERN _____ DISTRICT OF _____ TENNESSEE _____

TRAVELERS INDEMNITY COMPANY,
as subrogee of SMOKY MOUNTAIN LASER
and IDM, INC.,

**JUDGMENT IN A CIVIL CASE**

V.

OGLE'S REPAIR COMPANY, RONALD OGLE
and VENTURE TECH

CASE NUMBER: 3:02-cv-491

[X]     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant Venture Tech is found not to be at fault due to strict liability or due to negligence. It is also ordered and adjudged that defendants Ronald Ogle and Ogle's Repair Company are not found to be at fault due to negligence. Judgment is entered in favor of the defendants Venture Tech, Ronald Ogle and Ogle's Repair Company and against plaintiff Travelers Indemnity Company, as subrogee of Smoky Mountain Laser and IDM, Inc., and costs of this cause.

Date    February 13, 2007                     Patricia L. McNutt, Clerk

                                                      By    s/A. Archer,         Case Manager